NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Harold M. Hewell (Cal. SBN: 171210)
HEWELL LAW FIRM
105 West F Street, Second Floor
San Diego, California 92101
(619) 235-6854/(888) 298-0177 (f)
Email: hmhewell@hewell-lawfirm.com

FILED
11 JAN 13 AM 10:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

ATTORNEYS FOR: Plaintiff Krystal Bonilla

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KRYSTAL BONILLA, as an individual, and on behalf of all others similarly situated,

Plaintiff(s),

v.

UNITED BRANDS COMPANY, INC., a California corporation, and 7-ELEVEN, INC., a Texas corporation, and DOES 1 through 20, inclusive,

Defendant(s).

CASE NUMBER: CV11 0386 MRP (DTBx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Krystal Bonilla (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Plaintiff Krystal Bonilla | Plaintiff Krystal Bonilla and her immediate family. |
| Defendant United Brands Company, Inc. | Defendant United Brands Company, Inc. and its subsidiaries, affiliates, and other related entities. |
| Defendant 7-Eleven, Inc. | Defendant 7-Eleven, Inc. and its subsidiaries, affiliates, and other related entities. |

January 12, 2010
Date

_____
(VIA FAX/ELECTRONIC TRANSMISSION)
Sign

Harold M. Hewell, Attorney for Plaintiff Krystal Bonilla
Attorney of record for or party appearing in pro per

CV-30 (04/10)   NOTICE OF INTERESTED PARTIES